UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHNNY LE ANDREW HUDSON,<br><br>　　　　Defendant. | Case No.: 2:16-mj-00256-CWH<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR JOHNNY LE ANDREW HUDSON (ID#796805) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequedum issue out of this Court, directing the production of the body of the said JOHNNY LE ANDREW HUDSON (ID#796805) before the United States District Court at Las Vegas, Nevada, on or about May 12, 2016, at the hour of 3:00 p.m. for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court entitled above.

DATED: April 25, 2016

_____
United States Magistrate Judge